CLERK'S OFFICE U.S DIST COURT
AT ROANOKE VA
FILED

MAR 16 2022

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UMB BANK, NATIONAL ASSOCIATION, *as trustee*,<br><br>Plaintiff,<br><br>v.<br><br>BLUESTONE COKE, LLC F/K/A ERP COMPLIANT COKE, LLC, THOMAS M. CLARKE, and ANA M. CLARKE,<br><br>Defendants. | Civil Action No. 20-cv-2043-LJL<br><br>7:22mc5 |

### CLERK'S CERTIFICATION OF A JUDGMENT
### TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on August 10, 2021.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this Court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 2/22/2022

CLERK OF COURT

_____
Signature of ~~Clerk~~ or Deputy Clerk